HEINZER v. KLYBERG et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Frederick W. Heinzer against Bernard J. Klyberg and others. No opinion. Application denied, with $10 costs.

Order signed. See, also, 87 Misc. Rep. 315, 149 N. Y. Supp. 949.